# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANGELO TAYLOR, | | |
| *Plaintiff*, | | Case No. 3:18-cv-272 |
| v. | | |
| | | District Judge Thomas M. Rose |
| MONTGOMERY COUNTY, OHIO CHILD SUPPORT ENFORCEMENT AGENCY, | | Magistrate Judge Michael J. Newman |
| *Defendant*. | | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (ECF 17), OVERRULING PLAINTIFF'S OBJECTIONS (ECF 20), DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF 11), GRANTING DEFENDANT'S MOTION TO DISMISS (ECF 9), DISMISSING PLAINTIFF'S FEDERAL CLAIMS WITH PREJUDICE AND PLAINTIFF'S STATE LAW CLAIMS WITHOUT PREJUDICE, AND TERMINATING THIS CASE.**

This matter comes before the Court pursuant to Objections (ECF 20) to the Report and Recommendations of Magistrate Judge Michael J. Newman (ECF 17) recommending that the Plaintiff's Motion for Default be denied (ECF 11) and Defendant's Motion to Dismiss (ECF 9) be granted.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (ECF 20) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (ECF 17) in its entirety. The Plaintiff's Motion for Default Judgment (ECF 11) is denied and Defendant's Motion to Dismiss (ECF 9) is granted. Plaintiff's Federal Claims are dismissed with prejudice and Plaintiff's State Law Claims are dismissed without prejudice.

**DONE** and **ORDERED** this Friday, August 16, 2019.

**s/THOMAS M. ROSE**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE