# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Angelo Taylor | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-272 |
| Mongtomery County OH Child Support Enforcement | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Adopting Report and Recommendations; Overruling Plaintiff's Objections; Denying Plaintiff's Motion for Default Judgment; Granting Defenant's Motion to Dismiss; Dismissing Plaintiff's Federal Claims Without Prejudice; Plaintiff's State Law Claims Without Prejudice; and Terminating this Case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations

Date: 8/19/2019

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk